# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARCO TULIO ARANA GUERRA, :
:
    Petitioner :
:
v. : 4:20-CV-1986
: (JUDGE MARIANI)
WARDEN CLAIR DOLL, :
:
    Respondent :

## ORDER

AND NOW, THIS 17th DAY OF MAY, 2021, upon review of Magistrate Judge Arbuckle's Report and Recommendation ("R&R") (Doc. 9) for clear error or manifest injustice,

**IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 9) is **ADOPTED** for the reasons set forth therein.

2. The Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DENIED** and the Petition is **DISMISSED WITHOUT PREJUDICE**.[1]

3. A Certificate of Appealability **SHALL NOT ISSUE**.

4. The Clerk of Court is directed to **CLOSE** this case.

                                               /s/ Robert D. Mariani
                                               Robert D. Mariani
                                               United States District Judge

---

[1] The Court's dismissal without prejudice of this action is further supported by the fact that Petitioner is no longer in the custody of the York County Prison.